1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   JAMES CARL BOBB,                               No. C 05-03748 WHA

11              Plaintiff,

12        v.                                        **ORDER DISMISSING CASE**

13   FRESNO COUNTY SHERIFF'S
     DEPARTMENT; RICHARD PIERCE, Fresno
14   County sheriff; HAROLD McKINNY, former
     Fresno County sheriff; STEVE MAGARIAN,
15   former Fresno County sheriff,

16              Defendants.

17   _____/

18        Plaintiff has filed three substantially similar complaints with this Court.  The first, in

19   *Bobb v. Lewis*, was dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to

20   state a claim. Case No. C 03-4344 WHA (July 6, 2004 N.D. Cal.).  The second, *Bobb v. Fresno*

21   *County Sheriff's Dep't*, was dismissed under the doctrine of res judicata.  Case No. C 04-3550

22   (Jan. 6, 2005 N.D. Cal.).  This third complaint is functionally identical to those in the previous

23   cases and therefore is **DISMISSED** for the same reasons.

24        Understood liberally, plaintiff, who is not represented by counsel, states that the instant

25   case arises under 42 U.S.C. 1983.  He alleges that his rights under the First, Fourth, Fifth and

26   Eighth through Fourteenth amendments were violated.  The complaint accuses defendants of

27   using listening devices from about July 20, 1977, through September 16, 2005, to eavesdrop on

28   him and to cause him epileptic seizures and heart failure (*see* Compl.).  He alleged in his last

     case, No. C 04-3550, that the Fresno County Sheriff's Department had planted listening devices

**United States District Court**
For the Northern District of California

on him and that the equipment caused him epileptic seizures and heart failure.  Complaint, No.

C 04-3550 (Aug. 25, 2004 N.D. Cal.).

The new complaint contains no new allegations.  It fails to state a claim and is barred by res judicata.  It is therefore **DISMISSED WITHOUT LEAVE TO AMEND**.  Plaintiff's request to proceed in forma pauperis is **REJECTED AS MOOT**.  Plaintiffs is **ORDERED** not to file another complaint that is functionally identical to the three this Court already has rejected.

**IT IS SO ORDERED.**

Dated:  December 6, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2